

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
OCT 11 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. **2:06cr239-MHT-SRW** |
| ) | [18 USC 922(g)(1); |
| GARY LAVON COOPER ) | 18 USC 924(e)(1)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about July 18, 2006, in Butler County, within the Middle District of Alabama,

GARY LAVON COOPER,

defendant herein, having been convicted of the following felonies, crimes punishable by imprisonment for terms exceeding one year under the laws of the State of Alabama, to-wit:

1) November 5, 1991, Burglary in the 3rd Degree, case number CC-91-53, in the Circuit Court of Lowndes County, Alabama;

2) October 4, 1991, Burglary in the 3rd Degree, case number CC-91-114, in the Circuit Court of Butler County, Alabama;

3) May 2, 1991, Burglary in the 3rd Degree, case number CC-91-10, in the Circuit Court of Butler County, Alabama;

did knowingly possess in and affecting commerce a firearm, to-wit: a Ruger P95DC 9mm semi-automatic pistol in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), and Title 18, United States Code, Section 924(e)(1), as alleged in Count 1 of this indictment, the defendant,

GARY LAVON COOPER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

**A Ruger P95DC 9mm semi-automatic pistol**

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred, sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or,

(5)   has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney

_____
VERNE H. SPEIRS
Assistant Untied States Attorney