IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NUMBER:  2:06cr239-MHT |
| | ) | |
| GARY LAVON COOPER | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    THE WARDEN AND/OR KEEPER OF THE  <u>KILBY CORRECTIONAL FACILITY</u>
AT   <u>MT. MEIGS, ALABAMA</u>

and

TO:    THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **GARY LAVON COOPER**, a prisoner in your institution and

under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for

the Middle District of Alabama, at the      Courtroom **4A** of said Court, in the City of <u>MONTGOMERY</u>, on

**NOVEMBER  29, 2006**, at **10:00 A.M.**, to answer charges pending in said Court and for such other proceedings

as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution

under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the <u>25TH</u> day of October, 2006.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By:

Deputy Clerk