COURTROOM DEPUTY MINUTES  
MIDDLE DISTRICT OF ALABAMA

DATE: 11/29/2006

DIGITAL RECORDING: 11:28-11:33 am  
11:34-11:36 am

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [x] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Delores Boyd  
DEPUTY CLERK: S. Q. Long, Jr.

CASE NO.: 2:06cr239-MHT – W  
DEFT. NAME: GARY LAVON COOPER

USA: ~~Speirs~~ Snyder  
ATTY: Kemp  
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (x) CDO  
( ) Stand In ONLY

USPTSO/USPO: _____

Defendant ___ does ✓ does NOT need an interpreter

Interpreter present ✓ NO ___ YES NAME: _____

| | |
|---|---|
| ☐ kars. | Date of Arrest ___ or ☐ karsr40 |
| ☒ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator |
| ☒ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel ☒ ORAL MOTION for Appointment of Counsel |
| ☒ kfinaff. | Financial Affidavit executed ☐ to be obtained by PTSO |
| ☒ koappted | ORAL ORDER appointing Community Defender Organization ✓ - Notice to be filed. |
| ☐ k20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained ___ |
| ☐ | Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's WRITTEN Motion for Detention Hrg. filed. |
| ☐ kdmhrg. | Detention Hearing ☐ held; ☐ set for ___ |
| ☐ kotempdtn. | ORDER OF TEMPORARY DETENTION PENDING HEARING entered |
| ☐ kodtn. | ORDER OF DETENTION PENDING TRIAL entered |
| ☐ kocondrls. | Release order entered. Deft. advised of conditions of release |
| ☐ kbnd. | ☐ BOND EXECUTED (M/D AL charges) $___. Deft released (kloc LR) |
| | ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered |
| ☐ kloc.(LC) | Bond NOT executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for ___ |
| ☐ ko. | Deft. ORDERED REMOVED to originating district |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury. |
| ☒ karr. | ARRAIGNMENT SET FOR: ___ ☒ HELD. Plea of NOT GUILTY entered. ✓ |
| | ☒ Set for 2-5-07 Trial Term; ☐ PRETRIAL CONFERENCE DATE: ___ |
| | DISCOVERY DISCLOSURES DATE: 11-29-06 |
| ☐ krmknn. | NOTICE to retained Criminal Defense Attorney handed to Counsel |
| ☐ krmvhrg. | Identity/Removal Hearing set for ___ |
| ☐ kwvspt | Waiver of Speedy Trial Act Rights Executed |