| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** December 18, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 3:46 - 3:47 |

<u>**PRETRIAL CONFERENCE**</u>

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr239-MHT | **DEFENDANT(S)** Gary Lavon Cooper |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Tommie Hardwick standing in for Verne Speirs | * | Kevin Butler |
| | * | |
| | * | |

❒ **DISCOVERY STATUS:**
   Completed

❒ **PENDING MOTION STATUS:**

❒ **PLEA STATUS:**
   **Will Plea**
   **Notice of intent to change plea to be filed on or before noon on 1/24/07**

❒ **TRIAL STATUS**
   Trial time - 1-2 days

❒ **REMARKS:**