| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 12, 2007 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:12 - 3:14 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr239-MHT | **DEFENDANT(S)** Gary Lavon Cooper |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Verne Speirs | * | Kevin Butler |

☐ **DISCOVERY STATUS:**
   Complete

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   **Likely plea**
   **Notice of intent to change plea to be filed on or before noon on 1/24/07**

☐ **TRIAL STATUS**
   Trial time - 1 day

☐ **REMARKS:**
   **Mr. Butler states he may file a motion to continue trial for resolution of plea.**