IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CR. NO. 2:06-cr-239-MHT |
| ) | |
| GARY LAVON COOPER ) | |

### O R D E R

Upon consideration of the government's motion for release of prisoner filed on January 19, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Gary Lavon Cooper, to Sybil Hall-McNeil, ATF, and/or Dwight Brown, ATF, on January 22, 2007, through April 22, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Sybil Hall-McNeil, ATF, and/or Dwight Brown, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 19th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE