IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr239-MHT |
| | ) | |
| GARY LAVON COOPER | ) | |

## **ORDER**

Based upon this court's order setting the trial in the above-styled case for June 4, 2007, and for good cause, it is

ORDERED that a pretrial conference be and hereby is scheduled for 3:00 p.m. on May 14, 2007 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama. **All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for dispositive motions, which is not extended.**

Done, this 25th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE