IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO.   2:06-cr-239-MHT   |
| GARY LAVON COOPER ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody GARY LAVON COOPER, into the custody of ATF Special Agent Sybil Hall-McNeil and/or Second Judicial Drug Task Force Agent Chris West, on May 9, 2007, through July 31, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents Sybil Hall-McNeil and/or Chris West to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 30th day of April, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7135
E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>GARY LAVON COOPER )   ) | CR. NO.   2:06-cr-239-MHT |

CERTIFICATE OF SERVICE

    I hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kevin Butler, Esquire.

                                LEURA G. CANARY
                                UNITED STATES ATTORNEY

                                /s/ Verne H. Speirs
                                VERNE H. SPEIRS
                                Assistant United States Attorney
                                One Court Square, Suite 201
                                Montgomery, AL 36104
                                Phone: (334)223-7280   Fax: (334)223-7135
                                E-mail: verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CR. NO. __2:06-cr-239-MHT__ |
| GARY LAVON COOPER | ) |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #   ), filed on April 30, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of GARY LAVON COOPER to ATF Special Agent Sybil Hall-McNeil and/or Second Judicial Drug Task Force Agent Chris West, on May 9, 2007, through July 31, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Sybil Hall-McNeil and/or Chris West shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of _____, 2007.

_____
UNITED STATES MAGISTRATE JUDGE