IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO.  2:06-cr-239-MHT |
| GARY LAVON COOPER | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #22), filed on April 30, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of GARY LAVON COOPER to ATF Special Agent Sybil Hall-McNeil and/or Second Judicial Drug Task Force Agent Chris West, on May 9, 2007, through July 31, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents Sybil Hall-McNeil and/or Chris West shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done, this 1st day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE