IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA       )
                               )
        v.                     )    CRIMINAL ACTION NO.
                               )      2:06cr239-MHT
GARY LAVON COOPER              )


ORDER

It is ORDERED that defendant Gary Lavon Cooper's motion to seal his motion to continue trial (doc. no. 25) is granted.

DONE, this the 21st day of May, 2007.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE