2:06-cr-00239-mHt-SRD

The Honorable Myron H. Thompson my name is Gary Lavon Cooper I am charged with Cr. No. 2:06 cr 239-MHT 18 USC _____ ; 18 USC _____ and my Lawyer is Kevin L. Butler, Esq., First Assistant Federal Defender what I'm writing you about is that I don't think that I need Mr. Butler anymore he has not done one thing to help me at all I ask him to file a motion for me he tells me that there is no need to that it wouldn't do any good to me that not right at all I'm not a lawyer but the little that I know that's not right at all sir. So I'm asking you to please get me another lawyer cause I'm saying that Mr. Butler is fired.

Judge Thompson I'm going to tell you about this one motion I ask him to file was a motion to see if my past crimes from 15 teen year ago was violence or not he told me that I had to plea Guilty then file the motion that's just not right please help me get me a better lawyer sir. Thank you.

Gary Cooper  8-6-07

My Commission Expires: March 17, 2009

Subscribed and Sworn to before me in my presence this 6th day of August 2007, a Notary Public for Montgomery County, State of Alabama.
Lisa Hampton Davis
Notary Public