IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr239-MHT |
| | ) | |
| GARY LAVON COOPER | ) | |

### **ORDER**

Upon consideration of defendant's pro se motion to discharge lawyer (Doc. # 29), filed August 9, 2007, and for good cause, it is

ORDERED that a hearing to address the motion be and hereby is scheduled for August 23, 2007 at 2:00 p.m. in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

DONE, this 16th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE