IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr239-MHT |
| | ) | |
| GARY LAVON COOPER | ) | |

## **ORDER**

Upon consideration of defendant's pro se motion for appointment of new counsel (Doc. # 29), filed August 9, 2007, and the hearing held on August 23, 2007, and for good cause, it is

ORDERED that the motion be and hereby is DENIED.

DONE, this 27th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE