THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR239-MHT |
| | ) | |
| GARY LAVON COOPER | ) | |

UNITED STATES MOTION FOR DOWNWARD DEPARTURE
PURSUANT TO U.S.S.G. 5K1.1 FOR SUBSTANTIAL ASSISTANCE

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to Section 5K1.1 of the United States Sentencing Guidelines, respectfully requests this Honorable Court to reduce defendant's offense calculation by two (2) levels; as reasons therefore, submits the following:

1. Since his arrest, Cooper has cooperated with the United States and the State of Alabama. In fact, Cooper has twice met with law enforcement agents from Butler County, Alabama. According to these agents, Cooper has provided them with valuable information regarding illegal activity within their jurisdiction. Accordingly, agents have been able to use this information to open new investigations and corroborate existing investigations. Agents expect that Cooper's information will soon lead to new arrests. Cooper has agreed to cooperate with the State of Alabama and provide testimony in any cases arising from his information.

2. The United States asserts that some degree of risk is inherent to defendant and his family for cooperating and providing information to law enforcement.

3. Based upon representations made by law enforcement agents from Butler County, Alabama, to the Bureau of Alcohol, Tobacco Firearms and Explosives, the United States hereby requests that this Honorable Court reduce Cooper's offense calculation by 2 levels.

Wherefore, premises considered, the United States moves this Honorable Court grant an downward departure, pursuant to U.S.S.G. 5K1.1, of 2 levels for Defendant's substantial assistance.

Respectfully submitted this the 16th day of November, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Verne H. Speirs
        VERNE H. SPEIRS
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        334-223-7280
        334-223-7135 Fax
        verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR239-MHT |
| | ) | |
| GARY LAVON COOPER | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Kevin Butler.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334-223-7280
334-223-7135 Fax
verne.speirs@usdoj.gov