IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>   v.                             )<br>)<br>GARY LEVON COOPER        ) | CRIMINAL ACTION NO.<br>   2:06cr239-MHT |

### ORDER

It is ORDERED that the motion to add publication dates to record (Doc. No. 46) is granted.

DONE, this the 28th day of November, 2007.

          /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE