## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 2:06cr239-MHT-SRW** |
| | ) | |
| **GARY LAVON COOPER** | ) | |

## MOTION TO CORRECT PLEADING ERROR

On November 30, 2007, the defendant, Gary Lavon Cooper,  by and through undersigned counsel filed a pleading entitled "Defendant's Unopposed Motion For Downward Departure based Upon Extraordinary Medical and Physical Impairment." (Docket #49).   Undersigned counsel erroneously styled the pleading as "unopposed".   Undersigned counsel does not know whether the government will or will not oppose the requested departure.   The pleading should be entitled "Defendant's Motion For Downward Departure based Upon Extraordinary Medical and Physical Impairment."

**WHEREFORE**, the Defendant prays that this Motion be granted.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr239-MHT-SRW |
| | ) | |
| GARY LAVON COOPER | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew Schiff, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138