IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr239-MHT |
| GARY LAVON COOPER | ) | |

### ORDER

It is ORDERED that the government show cause, if any there be, in writing by January 23, 2008, as to why defendant Gary Lavon Cooper's motion to correct and alternative motion to reduce sentence (Doc. No. 59) should not be granted.

DONE, this the 7th day of January, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE