IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr239-MHT |
| **GARY LAVON COOPER** | ) | |

<u>ORDER</u>

It is ORDERED that defendant Gary Lavon Cooper's motion to correct and alternative motion to reduce sentence (Doc. No. 59) are denied.

DONE, this the 28th day of January, 2008.

　　　　　　　　　　　　　<u>   /s/ Myron H. Thompson   </u>
　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**